**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

**In re:**

| | |
|---|---|
| **SUMAN R. TAMRAKAR,** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO. 20-20578** |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

     **COMES NOW**, Bank of America, N.A. ("Secured Creditor"), by Counsel, and objects to the confirmation of the Chapter 13 Plan (the "Plan") and in support thereof, represents unto the Court:

     1.    Secured Creditor has a claim against the property of the Debtor located at 13104 Estelle Rd, Silver Spring, MD 20906 by virtue of the Note and accompanying Deed of Trust.

     2.    Secured Creditor is in the process of preparing and filing a Proof of Claim in the instant case which will reflect pre-petition arrears of approximately $1,402.74.

     3.    The Debtor proposes to pay post-petition payments directly under Section 4.6.5 but does not address repayment of the pre-petition arrearage of $1,402.74. As a result, the Plan is underfunded and Secured Creditor objects to confirmation of the same.

     4.    Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this Secured Creditor. It is respectfully requested that this Court deny confirmation of the Plan.

     **WHEREFORE**, the undersigned requests as follows:

     1.    That confirmation of the proposed Plan be denied;

     2.    Debtor be required to modify the Plan to honor the terms and conditions of the Deed of Trust; and

     3.    For such other relief as this Court deems proper.

Bank of America, N.A.

/s/Daniel J. Pesachowitz
By: _____
Daniel J. Pesachowitz, Esquire, Bar No. 14906
Robert A. Jones, Esquire, Bar No. 18707
Samuel I. White, P.C.
6100 Executive Blvd.

File No. 77518

Suite 400
Rockville, MD 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
dpesachowitz@siwpc.com

CERTIFICATE OF SERVICE

I certify that on January 12, 2021, the foregoing Objection was served via CM/ECF on Rebecca A. Herr, Trustee, and Erik G. Soderberg, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Suman R. Tamrakar, Debtor, 13104 Estelle Rd, Silver Spring, MD 20906.

/s/Daniel J. Pesachowitz

_____
Daniel J. Pesachowitz, Esquire
Samuel I. White, P. C.