IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

    SUMAN R. TAMRAKAR        )
                                                )    Case No.: 20-20578-MCR
                                                )    Chapter 13
            Debtor.                    )
_____)

## **AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

      1. Pursuant to 11 U.S.C. § 329 (a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me in connection with the proceedings described herein, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case (exclusive of filing fees) is as follows:

| | |
|---|---|
| **For legal services, I have agreed to accept** | **$3,825.00** |
| **Prior to the filing of this statement I have received** | **$2,825.00** |
| **Balance Due** | **$1,000.00** |

      2. The source of compensation paid to me was:
       _X____ Debtor(s)          _____ Other (specify)
      3. The source of compensation to be paid to me is:
       _____ Debtor(s)         __X__ Other (Paid directly by the Debtor or through the Chapter 13 Plan)

      4. __X___ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ____ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

      5. In return for the above-disclosed fee, I have agreed to render legal service for the services described below:

      a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b)    preparation and filing of any petition, schedules, statement of financial affairs, and plan which may be required, and
      c)    representation of debtor(s) at the meeting of creditors and confirmation hearing and any adjourned/continued hearings thereof and all matters in the main case for six (6) months after entry of the order confirming plan.

6. By agreement with the debtor(s) **the above disclosed fee does not include the following services**:

**Adversary Proceedings and U.S. Trustee Audits**.

Fees for Adversary Proceedings or U.S. Trustee Audits will be determined on a case-by-case basis and subject to further flat-fee and/or hourly agreement by debtor and counsel.

In the event services are rendered by counsel on behalf of the debtor(s) pursuant to this agreement, and debtor fails to pay as agreed, counsel and debtor reserve the right to receive the amounts due through the chapter 13 plan, if applicable, and/or otherwise withdraw from that particular matter.

**THIS FEE ARRANGEMENT IS THE FLAT FEE DESCRIBED IN PARAGRAPH 4 (A) OF APPENDIX F.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for the representation of the debtor(s) in connection with this bankruptcy proceeding.

1/20/21                                            /s/ *Erik G. Soderberg*
Date                                             Signature of Attorney

1/20/21                                            /s/ *Suman R. Tamrakar*
Date                                             Signature of Debtor